# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――――

## No. 201700033

―――――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## JOSEPH B. TOZER
Corporal (E-4), U.S. Marine Corps
Appellant

―――――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding Officer, Marine Unmanned Aerial
Vehicle Squadron 3, MAG 24, 1st MAW, MCBH Kaneohe Bay, HI.
Staff Judge Advocate's Recommendation: Major Christopher W.
Pehrson, JAGC, USN.
For Appellant: Lieutenant Colonel Richard A. Viczorek, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――――――

Decided 22 June 2017

―――――――――――――――

Before MARKS, JONES, and LOCHNER, *Appellate Military Judges*

―――――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court